Gregory J. Marshall (019886)
Melissa A. Marcus (025209)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren
Phoenix, AZ 85004-2202
Telephone: (602) 382-6000
Facsimile: (602) 382-6070
gmarshall@swlaw.com
mmarcus@swlaw.com
Attorneys for Defendant Wells Fargo Bank, N.A.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| ANNE MERCY KAKARALA,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | No. _____<br><br>**NOTICE OF REMOVAL** |

**TO: THE HONORABLE JUDGES AND CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Wells Fargo Bank, N.A. ("Wells Fargo") hereby files this Notice of Removal of the state court civil action filed against it that is described below. The grounds for removal are the following:

1.  Anne Mercy Kakarala ("Plaintiff"), with the filing of the Complaint, commenced this action in the Superior Court of the State of Arizona for the County of Pima on September 18, 2009 in Case Number C20097602 (the "Superior Court Action"). *See* Exhibit A-3.

2.  The case as stated by Plaintiff's Complaint dated September 18, 2009 was not removable. *See* Exhibits A-3 and A-5.

3. On March 12, 2010, the Plaintiff filed a Motion To Amend Complaint and proposed Amended Complaint. *See* Exhibits A-29 and A-30. Wells Fargo obtained copies of the Motion To Amend Complaint and proposed Amended Complaint from the Clerk of the Superior Court of the State of Arizona for the County of Pima on March 16, 2010. The Court granted Plaintiff's Motion To Amend on April 7, 2010.

4. The proposed Amended Complaint alleges federal question claims against Wells Fargo arising under: (1) the Truth-in-Lending Act; and (2) the Housing and Economic Recovery Act. *See* Exhibit A-30. Under 28 U.S.C. § 1331, this court has original jurisdiction over these claims because they arise under the Constitution, laws, or treaties of the United States.

5. Under 28 U.S.C. § 1367, this Court has supplemental jurisdiction over all other claims in the Superior Court Action because they are so related to the claims over which this Court has original jurisdiction under 28 U.S.C. § 1331 that they form part of the same case or controversy.

6. Removal is timely under 28 U.S.C. § 1446(b), because this Notice is filed within 30 days after receipt by Wells Fargo of a copy of the paper from which it could first be ascertained that this case has become removable, and within one year of the commencement of the action.

7. Under 28 U.S.C. § 1441, this Court is the appropriate forum in which to file this Notice of Removal because the United States District Court for the District of Arizona, Tucson Division, is the federal district embracing Pima County, Arizona, the county in which the superior Court Action was filed.

8. Pursuant to 28 U.S.C. § 1446 and LRCiv. 3.7(a), counsel for Wells Fargo has caused a copy of a Notice of Removal to be filed with the Clerk of the Superior Court of the State of Arizona in and for the County of Pima, a copy of which is attached hereto as Exhibit B.

9. Pursuant to 28 U.S.C. § 1446, copies of all other documents filed in Superior Court are attached hereto as Exhibit A.

WHEREFORE, Defendant Wells Fargo Bank, N.A., respectfully requests that this Notice of Removal be filed, the Superior Court Action be removed to and proceed hereafter in this Court, and no further proceedings be had in the Superior Court of Pima County, State of Arizona.

DATED this 12th day of April, 2010.

SNELL & WILMER L.L.P.

By: s/ Melissa A. Marcus
Gregory Marshall
Melissa A. Marcus
One Arizona Center
400 E. Van Buren
Phoenix, AZ  85004-2202
Attorneys for Defendant Wells Fargo Bank, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on April 12th, 2010, I served the foregoing document and any attachments by mail on the following, who are not registered participants of the CM/ECF System:

Anne Mercy Kakarala
2510 East Grant Road, Ste. 100
Tucson, Arizona 85716
Plaintiff *pro per*

s/ Bonnie Stevens
11410507