FILED

DEC 13 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re:  WELLS FARGO BANK N.A., _____  WELLS FARGO BANK, NA,              Petitioner,  v.  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, TUCSON,              Respondent,  ANNE MERCY KAKARALA and ROBIN'S NEST PROPERTIES LLC,              Real Parties in Interest. | No.   16-73313  D.C. No. 4:10-cv-00208-FRZ District of Arizona, Tucson   ORDER |

Before:  THOMAS, Chief Judge, LEAVY and SILVERMAN, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus.  *See Bauman v. U.S. Dist. Court*, 557 F.2d 650 (9th Cir. 1977).  Accordingly, the petition is denied.

**DENIED**.

LAB/MOATT